

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: | § | No. 08-19-00204-CV |
| CESAR ORNELAS LAW, PLLC, | § | AN ORIGINAL PROCEEDING |
| AND CESAR ORNELAS, | § | |
| | | IN MANDAMUS |
| Relators. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso County, Texas, and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.